768

leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARNOLD SCHILDHAUS. — Motion for an extension of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ (A) DAVID WILEY v. SHINE'S RESTAURANT, INC. (B) PENNIE ADAMS v. ANNA M. BROWN. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (C) 57TH STREET GARAGE, INC., v. 157 EAST 57TH CORP. Concur —Botein, P. J., Breitel, Valente, McNally and Eager, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs.

■ In the Matter of LOUISE WOLBERT v. GEORGE A. WOLBERT.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of PINELAWN CEMETERY v. CAROLINE K. SIMON et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ FRANK BATTAGLIA v. 363–381 EIGHTH AVENUE CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of NATHAN H. WADLER et al. v. NORMA BRILL.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ CORA T. WALKER et al. v. TRANS CITY REALTY CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of the Estate of ROSE GORDON, Deceased.— Motion to dispense with printing granted insofar as to dispense with the printing of the exhibits in the record on appeal on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of 358 W. 52ND ST. CORP. v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York.— Motion for a stay granted on condition that the appellant procures the record on appeal and